# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2778 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 20 DB 2021 |
| v. | : | |
| | : | Attorney Registration No. 87547 |
| CHAD MICHAEL SALSMAN, | : | |
| Respondent | : | (Bradford County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 25th day of March, 2021, upon consideration of Respondent's answer to a Rule to Show Cause as to why Respondent should not be placed on temporary suspension, the Rule is made absolute. Respondent Chad Michael Salsman is placed on temporary suspension until further definitive action by this Court. Respondent shall comply with all the provisions of Pa.R.D.E. 217.

Respondent's rights to petition for dissolution or amendment of this order pursuant to Pa.R.D.E. 208(f)(4), and to request accelerated disposition of charges underlying this order pursuant to Pa.R.D.E. 208(f)(6), are specifically preserved.

This order should not be construed as removing Respondent from elected office and is limited to the temporary suspension of his license to practice law.